**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KURTIS FAISON, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Case No.: 1:11-CV-00481 BAH |
| | : |
| D.C. DEPARTMENT OF CORRECTIONS | : |
| MEDICAL UNIT STAFFERS, | : |
| | : |
| Defendant | : |

**DEFENDANT UNITY HEALTH CARE, INC.'S MOTION TO DISMISS**

COMES NOW defendant Unity Health Care, Inc. (hereinafter "Unity"), misidentified by plaintiff as D.C. Department of Corrections Medical Unit Staffers, by and through counsel, Gleason, Flynn, Emig & Fogleman, Chartered, and pursuant to Rules 12(b)(1) and 12(b)(5) of the Federal Rules of Civil Procedure, hereby moves for the dismissal of plaintiff's claims against Unity for lack of subject matter jurisdiction and insufficient service of process. As grounds for its motion, Unity states as follows:

1.  Plaintiff's claims sound in medical malpractice. As such, under applicable law, plaintiff was required to provide Unity with ninety (90) days written notice of his intent to sue as a prerequisite to any lawsuit. Plaintiff failed to provide this notice, and, therefore, this Honorable Court lacks subject matter jurisdiction over this action.

2.  Unity is considered an employee of the United States of America. Pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, plaintiff must serve the U.S. Attorney for the District of Columbia and send copies of the Summons and Complaint to the U.S. Attorney General as well as Unity itself. Plaintiff failed to effectuate such service of process.

WHEREFORE, for the foregoing reasons and those more fully set forth in the memorandum of points and authorities attached hereto, defendant Unity Health Care, Inc. respectfully requests that the Court dismiss plaintiff's claims against it, and that the Court grant such other relief as is just and proper.

    Respectfully submitted,

**GLEASON, FLYNN, EMIG & FOGLEMAN, CHARTERED**

/s/Christopher C. Fogleman
Christopher C. Fogleman, Esquire, # 419352

/s/William J. Chen
William J. Chen, III, Esquire, # 978060
11 North Washington Street, Suite 400
Rockville, Maryland 20850-4278
301.294.2110 (telephone)
301.294.0737 (facsimile)
cfogleman@gleason-law.com (e-mail)
bchen@gleason-law.com (e-mail)
**Attorneys for defendant,
Unity Health Care, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July, 2011, photocopies of the foregoing Defendant Unity Health Care, Inc.'s Motion to Dismiss, supporting Memorandum of Points and Authorities, and proposed Order were mailed, first class, postage prepaid to:

Kurtis Faison
D.C. Department of Corrections #327-248
D.C. Department of Corrections
1901 D Street, S.E.
Washington, DC 20003
*Pro Se* **Plaintiff**

/s/William J. Chen
William J. Chen, III